IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | : | CIVIL ACTION |
| v. | : | |
| FREIGHTLINER, LLC, et al. | : | NO. 13-5543 |

ORDER

AND NOW, this 19th day of November, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Bergstrom, Inc. and Bergstrom Climate Systems, LLC (Doc. #6) to dismiss the complaint is GRANTED as to count eight of the complaint and as to count ten of the complaint to the extent that count ten makes claims under the Magnuson-Moss Warranty Act;

(2) the motion to dismiss is otherwise DENIED; and

(3) the motion in the alternative for a more definite statement (Doc. #6) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                       J.